

**FILED**
SEP 15 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **16 CR 590** |
| v. ) | |
| ) | Violation: Title 18, United States Code, Section 242 |
| MARCO PROANO ) | |

JUDGE FEINERMAN

MAGISTRATE JUDGE MASON

**COUNT ONE**

The SPECIAL AUGUST 2015 GRAND JURY charges:

On or about December 22, 2013, at Chicago, in the Northern District of Illinois, Eastern Division,

MARCO PROANO,

defendant herein, acting under color of law as an officer employed by the Chicago Police Department, willfully subjected Victim A to the deprivation of rights secured and protected by the Constitution of the United States, specifically, the right to be free from the use of unreasonable force by a police officer protected by the Fourth Amendment as incorporated against the states by the Fourteenth Amendment, by such acts that resulted in bodily injury to Victim A and that included the use of a dangerous weapon;

In violation of Title 18, United States Code, Section 242.

1

## COUNT TWO

On or about December 22, 2013, at Chicago, in the Northern District of Illinois, Eastern Division,

MARCO PROANO,

defendant herein, acting under color of law as an officer employed by the Chicago Police Department, willfully subjected Victim B to the deprivation of rights secured and protected by the Constitution of the United States, specifically, the right to be free from the use of unreasonable force by a police officer protected by the Fourth Amendment as incorporated against the states by the Fourteenth Amendment, by such acts that resulted in bodily injury to Victim B and that included the use of a dangerous weapon;

In violation of Title 18, United States Code, Section 242.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY