# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 16 CR 590 |
| v. ) | |
| ) | Judge Gary Feinerman |
| MARCO PROANO ) | |

## DEFENDANT'S UNOPPOSED MOTION TO ALLOW TRAVEL OUTSIDE NORTHERN DISTRICT OF ILLINOIS

Defendant Marco Proano (the "Defendant"), by and through his attorney, Daniel Q. Herbert & Associates, respectfully requests permission of this Court for the entry of an order allowing the Defendant to travel outside the Northern District of Illinois, to Clearwater, FL and Orlando, FL on the dates of May 8 through May 15, 2017, based on the following considerations:

1. Defendant's Order Setting Additional Conditions of Release restricts his travel to the Northern District of Illinois, unless otherwise authorized by the Court.

2. Defendant's Order Setting Additional Conditions of Release also ordered Defendant's passport to be surrendered. Defendant has complied.

3. Defendant was charged with violation of Title 18 of the United States Code, Section 242. On September 22, 2016 Defendant posted bond for release. Defendant awaits trial for this case.

4. Defendant would like to go on vacation with his wife and children to the State of Florida, to the cities of Clearwater and Orlando, from the dates of May 8 to May 15, 2017. Defendant and family would fly to and from the state of Florida and purchase a rental car while in Florida.

5. The Government and pre-trial services do not oppose this motion. Counsel for Defendant spoke to Assistant United States Attorney Georgia Alexakis, and she does not oppose this motion.

WHEREFORE, Defendant respectfully asks for permission of the Court to travel outside the Northern District of Illinois to the state of Florida with his wife and children for a family vacation.

DATED: February 13, 2017      By:    /s/ Daniel Q. Herbert
Daniel Q. Herbert

Law Offices of Daniel Q. Herbert
and Associates
206 S. Jefferson, Suite 100
Chicago, IL 60661
(312) 655-7660
Attorney No. 6273940

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 13, 2017 he caused a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO ALLOW TRAVEL OUTSIDE THE NORTHERN DISTRICT OF ILLINOIS** to be filed electronically with the Clerk of the Court through CM/ECF, which will send notification of such filing to all counsels of record.

/s/ Daniel Q. Herbert
Daniel Q. Herbert