UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

UNITED STATES OF AMERICA
                                 Plaintiff,

v.                                                     Case No.: 1:16–cr–00590
                                                          Honorable Gary Feinerman

Marco Proano
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2017:

      MINUTE entry before the Honorable Gary Feinerman:as to Marco Proano. Defendant's unopposed motion to allow travel outside of the Northern District of Illinois [38] is granted. he conditions of Defendant's pretrial release are amended to allow him to travel with his family to Clearwater, FL and Orlando, FL from 5/8/2017 through 5/15/2017, so long as he gives his itinerary to Pretrial Services. Motion hearing set for 2/21/2017 [39] is stricken. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.