UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO PROANO | No. 16 CR 590<br><br>Judge Gary Feinerman |

# GOVERNMENT WITNESS LIST

The UNITED STATES OF AMERICA, by JOEL R. LEVIN, Acting United States Attorney for the Northern District of Illinois, respectfully submits the following proposed list of witnesses the government may call in its case in chief:

- K.B.
- Patrick Camden, Fraternal Order of Police ("FOP")
- Courtney Corbett, Federal Bureau of Investigation ("FBI")
- Victor Davila, Chicago Police Department ("CPD")
- Nancy DeCook, CPD
- Kenneth Flaherty, CPD
- Daniel Gorman, CPD/FOP
- Guy Habiak, CPD
- Curt Haralson, FBI
- Andrea Hyfantis, CPD
- Stanley Kalicki, CPD
- Dr. David P. McElmeel, Christ Advocate Hospital
- Timothy Moore, FBI
- Jonathan Morlock, CPD
- Patricia Walsh, CPD (retired)
- Kevin Norris, CPD
- Paul Rettig, Regional Computer Forensics Lab
- Elizabeth Schultz, CPD
- Larry Snelling, CPD
- Tyra Snowden, Office of Emergency Management Communications
- Victim B

Date: August 3, 2017                    Respectfully submitted,

                                        JOEL R. LEVIN
                                        Acting United States Attorney

                              By:       */s/ Erika L. Csicsila*
                                        GEORGIA N. ALEXAKIS
                                        ERIKA L. CSICSILA
                                        Assistant U.S. Attorneys
                                        219 South Dearborn Street, Fifth Floor
                                        Chicago, Illinois 60604
                                        (312) 353-5300