UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO PROANO | Case No. 16 CR 590<br><br>District Judge Gary Feinerman |

## NOTICE OF PETITION

     PLEASE TAKE NOTICE that on August 22, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Hon. Gary Feinerman, in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **Defendant Marco Proano's Petition for *Writ* of *Habeas Corpus Ad Testificandum*** in the above-captioned case.

DATED: August 21, 2017          By:   /s/ Daniel Q. Herbert
                                                                Daniel Q. Herbert

                                                                Law Offices of Daniel Q. Herbert
                                                                and Associates
                                                                206 S. Jefferson, Suite 100
                                                                Chicago, IL 60661
                                                                (312) 655-7660
                                                                Attorney No. 6273940