# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiffs | ) | Case No: 16 CR 590 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Marco Proano | ) | |
|     Defendants | ) | |
| | ) | |

## ORDER

Jury trial held and continued to 8/23/2017 at 9:30 a.m.

Date: 8/22/2017
(T 7:30)

United States District Court Judge