# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiffs | ) | Case No: 16 CR 590 |
| | ) | |
| v. | ) | |
| | ) | Judge: Gary Feinerman |
| Marco Proano | ) | |
|     Defendants | ) | |
| | ) | |

## ORDER

Motion hearing held on 8/22/2017. Defendant's petition for writ of habeas corpus ad testificandum [116] is granted. Enter order.

Date: 8/22/2017

_____
United States District Court Judge